UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18312
  DANIEL MAHAZ
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-8483

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/05/07 .

     2.  The case was converted to Chapter 7 without confirmation, 03/04/2008.

     3.  The Debtor paid a total of $   1025.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | NOT FILED | .00 | .00 |
| ADAM KRUSE | UNSECURED | NOT FILED | .00 | .00 |
| CAROL MAZIKOWSKI | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KEN & LISA NIKOLAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRO CONSULTING SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TIM GORE | UNSECURED | NOT FILED | .00 | .00 |

              Summary of disbursements:
--------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JAMES A YOUNG & ASSOC      , was allowed $   3500.00
and was paid $    500.00  direct and $    965.55  through the plan.

The Trustee received $     59.45 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 06/26/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE